IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No: ________________

ANTONIO DURAN AND
ELIZABETH DURAN

Plaintiffs,

vs.

SELECTIVE INSURANCE
GROUP, INC.,

Defendant.
____________________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiffs, ANTONIO DURAN and ELIZABETH DURAN (hereinafter "Plaintiffs" or "Insureds"), by and through the undersigned counsel sue Defendant, SELECTIVE INSURANCE COMPANY (hereinafter "Defendant"), and allege:

**PARTIES, JURISDICTION, AND VENUE**

1. This is an action for damages exceeding $50,000.00, exclusive of costs and interest.

2. At all times material hereto, Plaintiffs, were and are residents of Lee County, Florida, and are otherwise *sui juris*.

3. Defendant, SELECTIVE INSURANCE GROUP, INC. ("Defendant" or "Selective"), is a New Jersey corporation authorized to conduct and is conducting insurance business in Lee County, Florida.

4. Defendant's state of incorporation is New Jersey, and its principal place of business is Branchville, New Jersey; therefore, it is a citizen of the State of New Jersey.

5. Accordingly, jurisdiction is proper under 28 U.S.C. § 1332.

6. Jurisdiction and venue are proper under 42 U.S.C. § 4072, which grants original jurisdiction, without regard to the amount in controversy, to the United States district court for the district in which the insured property is situated—within this jurisdiction in North Fort Myers, Lee County, Florida.

7. Venue is proper under 28 U.S.C. § 1391(b)(2), as the property that is the subject matter of this action is situated in North Fort Myers, Lee County, Florida.

8. All conditions precedent to the filing of this lawsuit have completely or substantially occurred, been waived, or have been performed or substantially performed.

## GENERAL ALLEGATIONS

9. At all times material to this Complaint, Insureds owned the property located at located at 102 OAK STREET, NORTH FORT MYERS, LEE COUNTY, FLORIDA 33903 ("Property").

10. Defendant issued to Insureds an insurance policy (Policy No.: FLD2124980; Claim No.: 558302) ("Policy") affording residential property and casualty insurance coverage for the Property. A copy of the Policy is attached as **"Exhibit A"**.

11. Insureds paid the premium charged by the Defendant for the coverages afforded pursuant to the terms of the policy, and the policy was in full force and effect on or about September 28, 2024.

12. On or about September 28, 2024, the Property sustained damage relating to flood water stemming from Hurricane Helene, which caused substantial property damage and further insured losses.

13. Damage because of flooding is a covered cause of loss pursuant to the terms and conditions of the insurance Policy issued by the Defendant.

14. Insureds submitted a timely claim to the Defendant for the damages and have met all conditions precedent to the filing of a lawsuit.

15. On or about March 4, 2025, Defendant issued coverage determination and payment to the Insureds. This payment represented material underpayment under the Policy for the damages at the Property.

16. To date, Defendant has failed to address the proper cash value of the loss and issue a supplemental payment under the Policy.

**COUNT I – BREACH OF CONTRACT**

17. Plaintiffs adopt and incorporate into this Count the allegations set forth in paragraphs 1 through 16.

18. Defendant has breached its insurance contract with Plaintiffs, by denying the claim for damages, failing to acknowledge coverage for all damages caused by and reasonable repairs associated with the loss, and failing and refusing to tender all insurance proceeds due and owing for the losses sustained as a result of the loss.

19. As a result of Defendant's breach of contract, Plaintiffs have been deprived of the coverages and other benefits afforded under the insurance policy.

20. Plaintiffs have complied with all conditions required to be performed by the Defendant and/or has been excused from performance of

any conditions by the conduct of, and/or the conditions have otherwise been waived.

WHEREFORE, Plaintiffs demand judgment against Defendant for compensatory damages, prejudgment interest, costs and any other relief this Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury of all issues that are triable as a matter of right.

Dated this 9 September 2026.

Respectfully submitted,

**Kandell, Kandell & Petrie, P.A.**
Attorneys for Plaintiffs
2665 S. Bayshore Drive, Suite 500
Miami, Florida 33133
Tel: (305) 858-2220

By: ***/s/ Jonathan Gonzalez***
Scott Kandell, Esq.
Florida Bar No.: 79014
David Acosta, Esq.
Florida Bar No.: 112344
Jonathan Gonzalez, Esq.
Florida Bar No.: 1054193
Pleadings@kkpfirm.com
JGroup@kkpfirm.com